IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 11-527 |
|---|---|---|
| | : | |
| v. | : | |
| | : | Information Filed Under |
| KEVIN BISHOP | : | Title 21, United States Code, |
| | : | Section 851 |

**INFORMATION CHARGING PRIOR OFFENSE**

Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Faithe Moore Taylor and Ashley K. Lunkenheimer, Assistant United States Attorneys, hereby accuse the above-named defendant, who currently is charged with distribution of oxycodone in violation of Title 21, United States Code, Section 841(a)(1), of having previously been convicted of a felony drug offense, as described below:

1. On or about May 24, 2010, in the Philadelphia Court of Common Pleas, Pennsylvania, the defendant was convicted of the felony offense of manufacturing/delivery/ possession with intent to manufacture or deliver a controlled substance, arising out of an offense that took place on February 18, 2009 (Case No. CP-51-CR-0007820-2009).

ZANE DAVID MEMEGER
United States Attorney

PETER F. SCHENCK
Assistant United States Attorney
Chief, Criminal Division

Filed: 2-13-12

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by email or electronic filing upon the following:

Stanton M. Lacks, Esq.
Attorney for Kevin Bishop

ASHLEY K. LUNKENHEIMER
Assistant United States Attorney

Dated: 2-13-12